

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2015

No. 04-15-00063-CV

**IN THE INTEREST OF Z.R.M.**, child,

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-11-22140-CV
The Honorable Cathy Morris, Judge Presiding

## O R D E R

Debra Gifford's motion to hand-file a CD of the exhibits is granted. However, the contempt hearing set for April 23, 2015, at 2:00 p.m. will proceed as scheduled.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court